```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

HOWARD CASEY                  :    CIVIL ACTION
                              :
        v.                    :
                              :
THOMAS LAVAN, et al           :    No. 02-2830

## O R D E R

AND NOW, this      day of July, 2002, upon consideration of the Motion for Enlargement of Time to File Response (Docket Entry No. 6), respondents' time for filing a response to the petition for writ of habeas corpus, is extended to August 31, 2002.

                              BY THE COURT:


                              _____
                              ARNOLD C. RAPOPORT
                              United States Magistrate Judge