```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| HOWARD CASEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS LAVAN, et al | : | No. 02-2830 |

### **O R D E R**

AND NOW, this      day of August, 2002, upon consideration of the Motion for Enlargement of Time to File Response (Docket Entry No. 8), respondents' time for filing a response to the petition for writ of habeas corpus, is extended to September 30, 2002.

                                          BY THE COURT:

                                          _____
                                          ARNOLD C. RAPOPORT
                                          United States Magistrate Judge