IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD CASEY | : | CIVIL ACTION |
| v. | : | |
| THOMAS LAVAN, et al | : | No. 02-2830 |

**O R D E R**

AND NOW, this      day of August, 2002, upon consideration of the Motion for Enlargement of Time to File Response (Docket Entry No. 10), respondents' time for filing a response to the petition for writ of habeas corpus, is extended to October 30, 2002. **THERE WILL BE NO FURTHER EXTENSIONS!**

BY THE COURT:

_____
ARNOLD C. RAPOPORT
United States Magistrate Judge